UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRISH GILES,<br><br>          Plaintiff,<br><br>    v.<br><br>KAISER EMPLOYEE MEDICAL HEALTH PLAN, et al.,<br><br>          Defendants. | Case No. 15-cv-03803-MEJ<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The Case Management Conference in this case is CONTINUED to December 3, 2015 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.  This conference shall be attended by <u>lead</u> trial counsel for parties who are represented.  Parties who are proceeding without counsel must appear personally.  No later than November 19, 2015, the parties shall file a Joint Case Management Statement containing the information in the Standing Order for All Judges in the Northern District of California, available at: http://cand.uscourts.gov/mejorders.  The Joint Case Management Statement form may be obtained at: http://cand.uscourts.gov/civilforms.

**IT IS SO ORDERED.**

Dated: November 2, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge