Mark Palley (State Bar No. 120073)
David M. Rosenberg-Wohl (State Bar No. 132924)
MARION'S INN LLP
1611 Telegraph Ave., Ste. 707
Oakland, CA 94612
Phone: (510) 451-6770
Facsimile: (510) 451-1711
Email: drw@marionsinn.com

Attorneys for Defendants

Brian H. Kim (State Bar No. 215492)
James P. Keenley (State Bar No. 253106)
BOLT KEENLEY KIM LLP
1010 Grayson Street, Suite Three
Berkeley, CA 94710
Phone: (510) 225-0696
Facsimile: (510) 225-1095
Email: bkim@bkkllp.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRISH GILES,<br><br>              Plaintiff,<br><br>vs.<br><br>KAISER EMPLOYEE MEDICAL HEALTH PLAN, KAISER PERMANENTE SUPPLEMENTAL MEDICAL PLAN, and KAISER FOUNDATION HEALTH PLAN, INC.,<br><br>              Defendants. | Case No.: 4:15-cv-3803-MEJ<br><br>STIPULATION AND [~~PROPOSED~~] ORDER |

**WHEREAS** the parties agree to provide defendants additional time to review the administrative record in this matter and prepare a response to the complaint on file,

Case No.: 4:15-cv-3803-MEJ            1            STIPULATION AND [PROPOSED] ORDER

**AND WHEREAS** defendants' response is presently due by prior stipulation tomorrow, Thursday, January 21, 2016,

**SO THEREFORE** it is agreed that defendants' response shall be due on or before Thursday, February 4, 2016.

**AND WHEREAS** the Court has presently calendared a case management conference in this matter Thursday, January 28, 2016,

**AND WHEREAS** the parties believe that a case management conference will be more productive after defendants have filed their response to the complaint,

**SO THEREFORE** it is agreed that the case management conference will be continued from Thursday January 28, 2016 at 10:00 a.m. to Thursday March 17, 2016 at 10:00 a.m.

DATED: January 20, 2016

MARION'S INN LLP

By: _____
David M. Rosenberg-Wohl
Attorneys for Defendants

DATED: January 20, 2016

BOLT KEENLEY KIM LLP

By: _____
Brian Kim
Attorneys for Plaintiff

Case No.: 4:15-cv-3803-MEJ   2   STIPULATION AND [PROPOSED] ORDER

ACCORDINGLY, IT IS HEREBY ORDERED AS FOLLOWS:

Defendants' response to the complaint is due to be filed on or before Thursday, February 4, 2016.

The case management conference set for Thursday January 28, 2016 at 10:00 a.m. is vacated and continued to Thursday, March 17, 2016 at 10:00 a.m. The parties' CMCS is due in advance of the new date.

Dated: January 20, 2016



IT IS SO ORDERED
Judge Maria-Elena James

Case No.: 4:15-cv-3803-MEJ            3            STIPULATION AND [PROPOSED] ORDER

# PROOF OF SERVICE

I, the undersigned, state:

I am over the age of eighteen and not a party to this action. My business address is 1611 Telegraph Avenue, Suite 707, Oakland, California 94612-2145, which is located in Alameda County.

On January 20, 2016, I served the attached document(s):

**STIPULATION AND [PROPOSED] ORDER**

__x__ **BY MAIL.** I am familiar with the business practice at my place of business for collection and processing of correspondence for delivery by U.S. mail. Correspondence so collected and processed is placed in a sealed enveloped, with postage fully prepaid, addressed to the recipient(s) listed below, and deposited in a mailbox that same day in the ordinary course of business.

__x__ **BY E-MAIL.** I am familiar with the business practice at my place of business for collection and processing of correspondence for delivery by electronic mail. Correspondence so collected and processed sent from an e-mail of an employee of this firm to the e-mail address(es) of the recipient(s) listed below.

| | |
|---|---|
| Brian H. Kim<br>James P. Keenley<br>BOLT KEENLEY KIM LLP<br>1010 Grayson Street, Suite Three<br>Berkeley, CA 94710<br>Phone: (510) 225-0696<br>Facsimile: (510) 225-1095<br>Email: bkim@bkkllp.com | |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: January 20, 2016

_Jane Brooks_
Jane Brooks

**PROOF OF SERVICE**